IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 23-03049-05-CR-S-SRB |
| ) | |
| REBECCA BEALE, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One of the Indictment filed on May 24, 2023, is now **Accepted** and the Defendant is **Adjudged Guilty** of such offense. Sentencing will be set by subsequent Order of the Court.

                                                                   */s/ Stephen R. Bough*
                                                                   STEPHEN R. BOUGH
                                                        UNITED STATES DISTRICT JUDGE

Date: December 10, 2024